UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JAN 22  AM 10: 51

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Docket No. 08 MJ 0171 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF |
| Jesus ACEVES-Iniestra, | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **January 18, 2008** within the Southern District of California, defendant, **Jesus ACEVES-Iniestra,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **22nd** DAY OF **JANUARY 2008.**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jesus ACEVES-Iniestra

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On January 18, 2008, Border Patrol Agent S. Dishman was performing line watch duties in the Imperial Beach area of operations. At approximately 10:00 a.m., Agent Dishman responded to a call via Service radio from a National Guard observer that three individuals were crossing the United States/Mexico International Boundary in an area known as Whiskey Eight and attempting to abscond via bicycle. Whiskey Eight is approximately two miles west of the San Ysidro, California Port of Entry and approximately 50 yards north of the Boundary Fence and is commonly used by illegal aliens to further their illegal entrance into the United States due to its close proximity to the border. Upon arriving to the area, Agent Dishman and Border Patrol Agent J. D'Amato observed three individuals approaching Clearwater Road on bicycles. After crossing the road, the individuals dropped the bicycles and attempted to abscond on foot. Agent Dishman and Agent D'Amato apprehended two of the individuals with the assistance of the National Guard observer. Agent Dishman and Agent D'Amato identified themselves as United States Border Patrol Agents in the English and Spanish languages. Agent Dishman conducted an immigration inspection on both individuals. Each individual, including the defendant later identified as **Jesus ACEVES-Iniestra**, admitted to being citizens and nationals of Mexico and crossing the United States/Mexico International Boundary illegally. The defendant and the other individual also stated that they were not in possession of immigration documents that would allow them to enter into or remain in the United States legally. The defendant and the other individual were placed under arrest and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on January 8, 2008** through **Nogales, Arizona**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.

**Executed on January 20, 2008 at 9:00 a.m.**

_____
Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **January 18, 2008**, in violation of Title **8**, United States Code, Section **1326**.

_____          1/20/08 @ 8:44 a.m.
Jan M. Adler                              Date/Time
United States Magistrate Judge