1 | **DAVID M.C. PETERSON**
California Bar No. 254498
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | David_Peterson@fd.org

5 | Attorneys for Mr. Jesus Aceves-Iniestra

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| UNITED STATES OF AMERICA, | ) | Case No.: 08CR0361-LAB |
|---|---|---|
| Plaintiff, | ) | Date: March 17, 2008 |
| | ) | Time: 9:00 a.m. |
| v. | ) | |
| | ) | **NOTICE OF MOTIONS AND** |
| JESUS ACEVES-INIESTRA, | ) | **MOTIONS TO:** |
| | ) | |
| | ) | **(1) COMPEL DISCOVERY; AND,** |
| Defendant. | ) | **(2) GRANT LEAVE TO FILE FURTHER** |
| | ) | **MOTIONS** |
| _____ | ) | |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
         CHRISTINA M. MCCALL, ASSISTANT UNITED STATES ATTORNEY:

   **PLEASE TAKE NOTICE** that on March 24, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the accused, Jesus Aceves-Iniestra, by and through his attorneys, David M.C. Peterson and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions outlined below.

//
//
//
//
//

08cr0361-LAB

# MOTIONS

Defendant, Mr. Aceves-Iniestra, by and through his attorneys, David M.C. Peterson and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1)   Compel Discovery; and,

(2)   Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

DATED: February 15, 2008

*/s/ David M.C. Peterson*
David M.C. Peterson
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Aceves-Iniestra
E-mail: david_peterson@fd.org