1  **KRIS J. KRAUS**
   California Bar No. 233699
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Kris_Kraus@fd.org
5

6  Attorneys for Defendant

7

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE LARRY A. BURNS)**

11 | UNITED STATES OF AMERICA,        ) Case No. 08CR0361-LAB
                                      )
12 |       Plaintiff,                 )
                                      )
13 | v.                               ) **NOTICE OF ATTORNEY APPEARANCE**
                                      )
14 | JESUS ACEVES-INIESTRA,           )
                                      )
15 |       Defendant.                 )
                                      )
16 | _____ )

17        Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Kris

18 J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as co-counsel in the

19 above-captioned case.

20                                Respectfully submitted,

21

22 Dated: February 29, 2008         /s/ Kris J. Kraus
                                    **KRIS J. KRAUS**
23                                  Federal Defenders of San Diego, Inc.
                                    Attorneys for Defendant
24                                  Kris_Kraus@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Christina M McCall**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: Christina.McCall@usdoj.gov

DATED:  February 29, 2008            */s/ Kris J. Kraus*
                                     **KRIS J. KRAUS**
                                     Federal Defenders of San Diego, Inc.
                                     Kris_Kraus@fd.org