1  **DAVID M.C. PETERSON**
California Bar No. 254498
2  **KRIS J. KRAUS**
California Bar No. 233699
3  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
4  San Diego, California  92101-5008
Telephone:  (619) 234-8467
5  david_peterson@fd.org
kris_kraus@fd.org
6

7  Attorneys for Mr. Jesus Aceves

8                      UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08CR0361-LAB |
| Plaintiff, | Date:  March 24, 2008<br>Time:  2:00 p.m. |
| v. | **NOTICE OF MOTIONS AND MOTIONS TO:** |
| JESUS ACEVES-INIESTRA, | |
| Defendant. | **(1) COMPEL PRODUCTION OF GRAND JURY TRANSCRIPTS;**<br>**(2) DISMISS THE INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY;**<br>**(3) SUPPRESS STATEMENTS;**<br>**(4) DISMISS THE INDICTMENT DUE TO AN INVALID DEPORTATION; AND,**<br>**(5) GRANT LEAVE TO FILE FURTHER MOTIONS** |

21  TO:     KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
          CHRISTINA M. MCCALL, ASSISTANT UNITED STATES ATTORNEY:
22

23     **PLEASE TAKE NOTICE** that on March 24, 2008, at 2:00 p.m., or as soon thereafter as counsel

24  may be heard, the accused, Jesus Aceves, by and through his attorneys, David M.C. Peterson, Kris J. Kraus,

25  and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions outlined

26  below.

27  //

28  //

08cr0361-LAB

# MOTIONS

Defendant, Mr. Aceves, by and through his attorneys, David M.C. Peterson, Kris J. Kraus, and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Compel Production of Grand Jury Transcripts
(2) Dismiss the Indictment Due to Misinstruction of the Grand Jury;
(3) Suppress Statements;
(4) Compel Discovery;
(5) Dismiss the Indictment Due To an Invalid Deportation; and,
(6) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

DATED: March 3, 2008

 */s/ David M.C. Peterson*
David M.C. Peterson
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Aceves
E-mail: david_peterson@fd.org