```
Message #:  5022326
From: SYSTEM @ CLETS   01.18.08 12:12:26
To  : BP3081 @ 332097101
4CSYA8321B6.I*
CR.CAIII0000
13:11 01/18/2008 60379
13:11 01/18/2008 45560 CAINS01S0
*CSYA8321B6
TXT
HDR/2L01ISDEQCSYA8321B6
ATN/BP3081 8 USC 1326

THE FOLLOWING RECORD PERTAINS TO FBI/███████
                                  SID/███████

RESTRICTED - DO NOT USE FOR EMPLOYMENT, LICENSING, PLACEMENT OR
             CERTIFICATION PURPOSES

****************************************************************
DO NOT COLLECT DNA. DNA SAMPLE HAS BEEN RECEIVED,
TYPED, AND UPLOADED INTO THE CAL-DNA DATA BANK.
FOR INFO (510) 620-3300 OR PC296.PC296@DOJ.CA.GOV.
****************************************************************
** PALM PRINTS AVAILABLE AT DOJ FOR PALM PRINTS CONTACT
PALM.PRINT@DOJ.CA.GOV
III CALIFORNIA ONLY SOURCE RECORD
███████
DOB/19890304      SEX/M   RAC/HISPANIC
HGT/506  WGT/130  EYE/BRO  HAI/BLK  POB/CA
NAM/01 ACEVES,JESUS
MNU/FBI-███████
 ****
  20040720   CACJLOS ANGELES           DOB:19890304
             8206496-32347320
        01:10851(A) VC-TAKE VEH W/O OWN CONSENT/VEH THEFT
  20040720   DISPO:RELEASED TO PARENT/GUARD
 ****
  20050112   CACJLOS ANGELES           DOB:19890304
             8416953-32347320
        01:ATTEMPTED
           187(A) PC-MURDER
*******************************************************
WANTS NOT CHECKED - PLEASE CHECK NCIC WANTS
*******************************************************

END OF RECORD
```

```
Message #:  5022327
From: SYSTEM @ CLETS   01.18.08 12:12:20
To  : BP3081 @ 332097101
4CSYA8321B6.IJ
7L01
CAINS01S0
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON FBI/▮▮▮▮▮▮▮▮ PUR/C
NAME                          FBI NO.           INQUIRY DATE
ACEVES,JESUS                  ▮▮▮▮▮▮▮▮          2008/01/18

SEX RACE BIRTH DATE   HEIGHT  WEIGHT  EYES  HAIR  PHOTO
M   W    1989/03/04   506     130     BRO   BLK   N

BIRTH PLACE
CALIFORNIA

FINGERPRINT CLASS       PATTERN CLASS
                        WU WU RS RS RS WU WU LS LS LS
                           WU WU WU         WU WU


ALIAS NAMES
ACEVES INIESTRA,JESUS

MISC NUMBERS
AR-A077360517

IDENTIFICATION DATA UPDATED 2005/01/12

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
  CALIFORNIA      - STATE ID▮▮▮▮▮▮▮▮

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.


END
```

```
Message #:   5022339
From: SYSTEM @ CLETS   01.18.08 12:13:39
To   : BP3081 @ 332097101
4CSYA8321BC.IH

RE: QHY.CAINS01S0.25669795.BP3081         DATE:20080118 TIME:12:13:38
RESTRICTED-DO NOT USE FOR EMPLOYMENT,LICENSING OR CERTIFICATION PURPOSES
ATTN:BP3081 8 USC 1326

*************************************************************************

DO NOT COLLECT DNA. DNA SAMPLE HAS BEEN RECEIVED,

TYPED, AND UPLOADED INTO THE CAL-DNA DATA BANK.
FOR INFO (510) 620-3300 OR PC296.PC296@DOJ.CA.GOV.
*************************************************************************
** PALM PRINTS AVAILABLE AT DOJ FOR PALM PRINTS CONTACT

PALM.PRINT@DOJ.CA.GOV
III CALIFORNIA ONLY SOURCE RECORD

DOB/19890304     SEX/M  RAC/HISPANIC
HGT/506  WGT/130  EYE/BRO  HAI/BLK  POB/CA
NAM/01 ACEVES,JESUS

FBI/891837EC8
MDS/CTZ MX
OCC/STUDENT; LABORER
* * * *

ARR/DET/CITE:          NAM:01  DOB:19890304
20040720   CACJ LOS ANGELES

CNT:01     #8206496-32347320
  10851(A)  VC-TAKE VEH W/O OWN CONSENT/VEH THEFT
20040720
  DISPO:RELEASED TO PARENT/GUARD
    ARR BY:CASO LA COMPTON
    COM: ADR-072004 (925, OLFANERS,, S, COMPTON, CA,, )
    COM: SCN-46142020004
    COM: DCN-T6085802430419000005
* * * *

ARR/DET/CITE:          NAM:01  DOB:19890304
20050112   CACJ LOS ANGELES

CNT:01     #8416953-32347320
   -ATTEMPTED
  187(A)  PC-MURDER
    ARR BY:CASO LA COMPTON
    COM: ADR-20050112 (923, OLEANDER AV,, S, COMPTON, CA,,
         )
    COM: SCN-46150120003
      *    *    *    END OF MESSAGE    *    *    *
```

```
Message #:  5022322
From: SYSTEM @ CLETS   01.18.08 12:12:20
To   : BP3081 @ 332097101
4CSYA8321B6.IJ
EL01
CAINS01S0
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/▓▓▓▓▓▓▓▓ THE FOLLOWING WILL RESPOND TO YOUR
AGENCY:
 CALIFORNIA     - STATE ID/▓▓▓▓▓▓▓▓
END
```

FBI Number:
Name:    ARTIAGA, BRIAN
CID:     CBIMB786011808110343

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

OCD0J017Y                                        ICN E20080180000000083631

THE FOLLOWING FBI IDENTIFICATION RECORD FOR ▓▓▓▓▓ IS FURNISHED FOR
OFFICIAL USE ONLY.  THIS RECORD IS BEING FURNISHED AS THE RESULT OF A
PRELIMINARY SEARCH OF THE CRIMINAL FINGERPRINT FILES AND ARE BASED ON
FINGERPRINT CHARACTERISTICS ONLY. THE FBI, CANNOT GUARANTEE THAT THIS
RECORD CONCERNS THE PERSON IN WHOM YOU ARE INTERESTED.
                    DESCRIPTORS ON FILE ARE AS FOLLOWS:
NAME ACEVES,JESUS
SEX     RACE       BIRTH DATE    HEIGHT    WEIGHT    EYES       HAIR
M       W          1989/03/04    506       130       BROWN      BLACK

BIRTH CITY         BIRTH PLACE
UNREPORTED         CALIFORNIA
CITIZENSHIP
UNITED STATES

PATTERN CLASS
WU WU RS RS RS WU WU LS LS LS
   WU WU WU         WU WU

OTHER BIRTH                                SOCIAL
DATES              SCARS-MARKS-TATTOOS     SECURITY     MISC NUMBERS

NONE               NONE                    NONE         AR-A077360517

ALIAS NAME(S)
ACEVES INIESTRA,JESUS




END OF COVER SHEET

017

```
                   UNITED STATES DEPARTMENT OF JUSTICE
                      FEDERAL BUREAU OF INVESTIGATION
                   CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
                          CLARKSBURG, WV 26306

OCD0J017Y                                    ICN E2008018000000083631
```

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
                     - FBI IDENTIFICATION RECORD -
WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

```
NAME                                 FBI NO.           DATE REQUESTED
ACEVES,JESUS                         [redacted]        2008/01/18
SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR
 M    W    1989/03/04   506     130    BRO   BLK

BIRTH PLACE
CALIFORNIA
PATTERN CLASS                     CITIZENSHIP
WU WU RS RS RS WU WU LS LS LS     UNITED STATES
   WU WU WU         WU WU

1-ARRESTED OR RECEIVED 2004/07/20   SID-[redacted]
   AGENCY-SHERIFF'S OFFICE NORWALK (CA0190000)
      AGENCY CASE-8206496
      CHARGE 1-001 COUNTS OF VEHICLE THEFT

2-ARRESTED OR RECEIVED 2005/01/12   SID-[redacted]
   AGENCY-SHERIFF'S OFFICE NORWALK (CA0190000)
      AGENCY CASE-8416953
      CHARGE 1-001 COUNTS OF ATT TO COMMIT CRIME, MURDER
RECORD UPDATED 2005/01/12
```

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.
THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR OFFICIAL
USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

018

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

AINSA400                                    ICN E20080180000000115886

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
                - FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                                FBI NO.         DATE REQUESTED
ACEVES,JESUS                                        2008/01/18

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR
M    W     1989/03/04  506     130     BRO   BLK

BIRTH PLACE
CALIFORNIA

PATTERN CLASS                   CITIZENSHIP
WU WU RS RS RS WU WU LS LS LS   UNITED STATES
   WU WU WU            WU WU

1-ARRESTED OR RECEIVED 2004/07/20   SID-
    AGENCY-SHERIFF'S OFFICE NORWALK (CA0190000)
      AGENCY CASE-8206496
       CHARGE 1-001 COUNTS OF VEHICLE THEFT

2-ARRESTED OR RECEIVED 2005/01/12   SID-
    AGENCY-SHERIFF'S OFFICE NORWALK (CA0190000)
      AGENCY CASE-8416953
       CHARGE 1-001 COUNTS OF ATT TO COMMIT CRIME, MURDER

3-ARRESTED OR RECEIVED 2008/01/18
    AGENCY-USINS-IMPERIAL BP IMPERIAL BEACH (CAINSA400)
      AGENCY CASE-73870944 NAME USED-ACEVES-INIESTRA,JESUS
       CHARGE 1-ALIEN REMOVAL UNDER SECTION 212 AND 237
       CHARGE 2-RE-ENTRY AFTER DEPORTATION

RECORD UPDATED 2008/01/18

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR OFFICIAL
USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.