**DAVID M.C. PETERSON**
California Bar No. 254498
**KRIS J. KRAUS**
California Bar No. 233699
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: david_peterson@fd.org
Email: kris_kraus@fd.org

Attorneys for Mr. Jesus Aceves

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JESUS ACEVES-INIESTRA,<br><br>    Defendant. | Case No.: 08CR0361-LAB<br><br>Date: March 24, 2008<br>Time: 2:00 p.m.<br><br>**DECLARATION OF DAVID M.C. PETERSON, ESQ.** |

I, David M.C. Peterson, hereby declare and state that:

1. I am employed with Federal Defenders of San Diego, Inc., and am licensed to practice law in the State of California and the Southern District of California, and in such capacity have been appointed to represent the defendant, Jesus Aceves-Iniestra, in the above-captioned case.

2. Mr. Aceves is eighteen years old.

3. The government has produced no written <u>Miranda</u> waiver signed by Mr. Aceves.

4. The government has not shown that Mr. Aceves' was advised of his rights in his native tongue.

5. Undersigned counsel has reviewed the videotaped interrogation and in that interrogation, Mr. Aceves is only explained his rights once.

6. Mr. Aceves asks questions about his right to counsel and those questions are not answered.

7. Mr. Aceves is not thereafter read his rights a second time or further explained them.

8. Mr. Aceves' right to counsel is not individually explained to him after he asks about his right to counsel.

9. Mr. Aceves' only experience with the criminal justice system stems from when he was a minor and prior to this his last arrest appears to have occurred when was between 15 and 16 years old.

10. The agent interrogating Mr. Aceves, who was arrested solely on suspicion of illegal re-entry after deportation, states that he will be asking Mr. Aceves questions about his "smuggling activities."

I so declare this 3rd day of March, 2008, in San Diego, California.

_____
DAVID M.C. PETERSON, Declarant

2