IMMIGRATION COURT
3260 NORTH PINAL PARKWAY
FLORENCE, AZ 85232

In the Matter of

Case No.: A77-360-517

ACEVES-INIESTRA, JESUS
Respondent

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on 1-7-08.
This memorandum is solely for the convenience of the parties. If the proceedings should be appealed or reopened, the oral decision will become the official opinion in the case.

[X]  The respondent was ordered removed from the United States to Mexico or in the alternative to .
[ ]  Respondent's application for voluntary departure was denied and respondent was ordered removed to or in the alternative to .
[ ]  Respondent's application for voluntary departure was granted until upon posting a bond in the amount of $ _____ with an alternate order of removal to .

Respondent's application for:
[ ]  Asylum was ( )granted ( )denied ( )withdrawn.
[ ]  Withholding of removal was ( )granted ( )denied ( )withdrawn.
[ ]  A Waiver under Section _____ was ( )granted ( )denied ( )withdrawn.
[ ]  Cancellation of removal under section 240A(a) was ( )granted ( )denied ( )withdrawn.

Respondent's application for:
[ ]  Cancellation under section 240A(b)(1) was ( ) granted ( ) denied ( ) withdrawn. If granted, it is ordered that the respondent be issued all appropriate documents necessary to give effect to this order.
[ ]  Cancellation under section 240A(b)(2) was ( )granted ( )denied ( )withdrawn. If granted it is ordered that the respondent be issued all appropriated documents necessary to give effect to this order.
[ ]  Adjustment of Status under Section _____ was ( )granted ( )denied ( )withdrawn. If granted it is ordered that the respondent be issued all appropriated documents necessary to give effect to this order.
[ ]  Respondent's application of ( ) withholding of removal ( ) deferral of removal under Article III of the Convention Against Torture was ( ) granted ( ) denied ( ) withdrawn.
[ ]  Respondent's status was rescinded under section 246.
[ ]  Respondent is admitted to the United States as a _____ until _____.
[ ]  As a condition of admission, respondent is to post a $ _____ bond.
[ ]  Respondent knowingly filed a frivolous asylum application after proper notice.
[ ]  Respondent was advised of the limitation on discretionary relief for failure to appear as ordered in the Immigration Judge's oral decision.
[ ]  Proceedings were terminated.
[ ]  Other: _____

Date: Jan 7, 2008

BRUCE A. TAYLOR
Immigration Judge

Appeal (Waived) Reserved    Appeal Due By:

30