# EXHIBIT 1

## BIRTH CERTIFICATE TRANSLATION

BIRTH CERTIFICATE NUMBER: Book 0009, Record No. 01670

NAME: JESUS ACEVES INIESTRA

DATE OF BIRTH: March 4, 1989

PLACE OF BIRTH: Tijuana, Baja Californai, Mexico

FATHER NAME: Silverio Aceves Plascencia

MOTHER NAME: Yolanda Iniestra Garcia

PATERNAL GRANDFATHER: Not shown

PATERNAL GRANDMOTHER: Not shown

MATERNAL GRANDFATHER: Not shown

MATERNAL GRANDMOTHER: Not Shown

WITNESSES: Not shown

I CERTIFY THAT I AM COMPETENT TO TRANSLATE INTO ENGLISH AND THAT THIS TRANSLATION IS ACCURATE TO THE BEST OF MY KNOWLEDGE.

THIS TRANSLATION WAS TAKEN FROM ITS ORIGINAL BY:

NAME: Gisela Salcedo          DATE: 3/28/09



104



# ESTADOS UNIDOS MEXICANOS
## ESTADO LIBRE Y SOBERANO DE BAJA CALIFORNIA
### REGISTRO CIVIL

**CERTIFICADO DE DATOS DE**

**ACTA DE NACIMIENTO**

N° 0002

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE BAJA CALIFORNIA Y COMO OFICIAL DEL REGISTRO CIVIL DE ESTE MUNICIPIO, **C E R T I F I C O :**

**CLAVE DEL REG. DE POB.**

QUE EN LOS LIBROS DE _____ DEL REGISTRO CIVIL QUE ES A MI CARGO, SE ENCUENTRA ASENTADA UN ACTA DE _____ EN LA CUAL SE CONTIENEN LOS SIGUIENTES DATOS. NACIMIENTO

02-004-04-02-01670-J

| OFICIALIA | LIBRO No. | ACTA No. | LOCALIDAD | FECHA DE REGISTRO | | |
|---|---|---|---|---|---|---|
| 04 | 00009 | 01670 | DELEG. PLAYAS | 10 | SEP | 2002 |

| MUNICIPIO O DELEGACION | ENTIDAD FEDERATIVA |
|---|---|
| TIJUANA | BAJA CALIFORNIA |

## DATOS DEL REGISTRADO

| NOMBRE: | JESUS | ACEVES | INIESTRA |
|---|---|---|---|
| | NOMBRE(S) | PRIMER APELLIDO | SEGUNDO APELLIDO |

**FECHA DE NACIMIENTO:** 04 DE MARZO DE 1989

| LUGAR DE NACIMIENTO: | TIJUANA | TIJUANA | BAJA CALIFORNIA | MEXICO |
|---|---|---|---|---|
| | LOCALIDAD | MUNICIPIO | ENTIDAD | PAIS |

**REGISTRADO:** ☑ Vivo ☐ Muerto  **SEXO:** ☑ Masculino ☐ Femenino

## DATOS DE LOS PADRES

| PADRE | SILVERIO | ACEVES | PLASCENCIA |
|---|---|---|---|
| | NOMBRE(S) | PRIMER APELLIDO | SEGUNDO APELLIDO |

**LUGAR DE NACIMIENTO** JALISCO

**EDAD** 39 AÑOS   **NACIONALIDAD** MEXICANA

| MADRE | YOLANDA | INIESTRA | GARCIA |
|---|---|---|---|
| | NOMBRE(S) | PRIMER APELLIDO | SEGUNDO APELLIDO |

**LUGAR DE NACIMIENTO** JALISCO

**EDAD** 36 AÑOS   **NACIONALIDAD** MEXICANA

**LA PRESENTE ACTA TIENE LAS SIGUIENTES ANOTACIONES**

AUT. REG. EXT. POR MEXICALI, B.C.

SE EXTIENDE ESTA CERTIFICACION, EN CUMPLIMIENTO DEL ARTICULO 35 DEL CODIGO CIVIL VIGENTE EN EL ESTADO, EN LA CIUDAD DE TIJUANA, BAJA CALIFORNIA A LOS 10 DE SEPTIEMBRE DE 2002

EL C. OFICIAL 04 DEL REGISTRO CIVIL, DOY FE



SELLO DE LA OFICIALIA DEL REGISTRO CIVIL

**LIC. KARLA XENIA MONCADA RODRIGUEZ**
NOMBRE

*Xenia Moncada*
FIRMA OFICIAL REGISTRO CIVIL

105