# EXHIBIT 2



### Certificate of Baptism

**Sacred Heart Church**
1720 North Culver Avenue
Compton, California 90222

### This is to Certify

That __JESUS MALDONADO__

Child of __SILVERIO ACEVES__

and __YOLANDA INIESTRA GARCIA__

Born in __TIJUANA, B.C. MEXICO.__

on the __4__ day of __MARCH__ __19 89__, was

### Baptized

on the __24__ day of __MARC JULY__, __19 93__

according to the

**Rite of the Roman Catholic Church**

by the Rev. __RAUL LEY__

the Sponsors being { __MIGUEL PLASCENCIA__ / __AVIEL PLASCENCIA__ }

as appears from the Baptismal Register of this Church

Dated __JULY 24, 1993__    Volume____ Page____ No.____

Seal    Rev. _____ Pastor

100