# EXHIBIT 4



# CERTIFICATION OF VITAL RECORD

## COUNTY OF LOS ANGELES • REGISTRAR-RECORDER/COUNTY CLERK

### LICENSE AND CERTIFICATE OF CONFIDENTIAL MARRIAGE

**STATE FILE NUMBER:** 5 1993 19 013877
**LOCAL REGISTRATION NUMBER**
**LICENSE NUMBER:** NNC007242

**HUSBAND PERSONAL DATA**
- 1A. NAME OF HUSBAND—First (Given): SILVERIO
- 1B. MIDDLE:
- 1C. LAST (FAMILY): ACEVES
- 2. DATE OF BIRTH—Month, Day, Year: 02/03/1963
- 3. STATE OF BIRTH: MX
- 4. NUMBER OF PREVIOUS MARRIAGES: 0
- 5A. LAST MARRIAGE ENDED BY: ☐ DEATH ☐ DISSOLUTION ☐ ANNULMENT
- 5B. DATE—Month, Day, Year:
- 6A. USUAL OCCUPATION: SUPERVISOR
- 6B. USUAL KIND OF BUSINESS OR INDUSTRY: WAREHOUSE
- 7. EDUCATION—Years Completed: 12TH
- 8A. FULL NAME OF FATHER: GABRIEL ACEVES
- 8B. STATE OF BIRTH: MX
- 9A. FULL MAIDEN NAME OF MOTHER: TERESA PLASCENCIA
- 9B. STATE OF BIRTH: MX

**WIFE PERSONAL DATA**
- 10A. NAME OF WIFE—First (Given): YOLANDA
- 10B. MIDDLE:
- 10C. CURRENT LAST (FAMILY): INIESTRA
- 10D. MAIDEN LAST (FAMILY) IF DIFFERENT THAN 10C: SAME
- 11. DATE OF BIRTH—Month, Day, Year: 12/03/1965
- 12. STATE OF BIRTH: MX
- 13. NUMBER OF PREVIOUS MARRIAGES: 1
- 14A. LAST MARRIAGE ENDED BY: ☐ DEATH ☒ DISSOLUTION ☐ ANNULMENT
- 14B. DATE—Month, Day, Year: 04/20/1998
- 15A. USUAL OCCUPATION: HOUSEWIFE
- 15B. USUAL KIND OF BUSINESS OR INDUSTRY: DOMESTIC
- 16. EDUCATION—Years Completed: 9TH
- 17A. FULL NAME OF FATHER: FERMIN INIESTRA
- 17B. STATE OF BIRTH: MX
- 19A. FULL MAIDEN NAME OF MOTHER: MA. GUADALUPE GARCIA
- 19B. STATE OF BIRTH: MX

**RESIDENCE OF HUSBAND AND WIFE**
- 19A. RESIDENCE—Street and Number: 925 S. OLEANDER ST
- 19B. CITY: COMPTON
- 19C. ZIP CODE: 90220
- 19D. COUNTY: L.A.
- 20A. MAILING ADDRESS—If Different: SAME

**AFFIDAVIT**
- 21. SIGNATURE OF HUSBAND: Silverio Ac——
- 22. SIGNATURE OF WIFE: Yolanda Iniestra

**23A. SIGNATURE AND TITLE OF ISSUING CLERK:** M NAJERA, DEPUTY
**23B. COUNTY OF ISSUE:** LOS ANGELES
**23C. MAILING ADDRESS AND ZIP CODE:** P.O. BOX 53120, L.A. CA. 90053-0120
**23D. ISSUE DATE:** 06/19/1998
**23E. LICENSE EXPIRES AFTER:** 09/17/1998

**24. AFFIX NOTARY SEAL:** MARIE MORCHON, Commission # 1157641, Notary Public — California, Los Angeles County, My Comm. Expires Oct 3, 2001
**24B. SUBSCRIBED AND SWORN TO BEFORE ME ON:** 06 20 1998
**TYPED NAME OF NOTARY:** MARIE MORCHON

**CERTIFICATION OF PERSON SOLEMNIZING MARRIAGE**
- 25. I hereby certify that the above named man and woman were joined by me in marriage in accordance with the laws of the State of California ON 06 20 1998 AT LOS ANGELES, L.A. CALIFORNIA
- 26A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE
- 26B. RELIGIOUS DENOMINATION IF CLERGY: NON DENOMINATION
- 26C. NAME OF PERSON SOLEMNIZING MARRIAGE: OSCAR FUGON
- 26D. OFFICIAL TITLE: MINISTER
- 26E. MAILING ADDRESS: 237 S. BROADWAY ST L.A. CA.
- 26F. ZIP CODE: 90012

**COUNTY CLERK**
- 27A. SIGNATURE OF COUNTY CLERK: CONNY B. McCORMACK
- 27B. SIGNATURE OF DEPUTY CLERK
- 28. DATE ACCEPTED FOR REGISTRATION: JUL 13 1998

---

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

CONNY B. McCORMACK
Registrar-Recorder/County Clerk

This copy not valid unless prepared on engraved border displaying the Seal and Signature of the Registrar-Recorder/County Clerk.

JAN 16 2007
19-196546

84

