# EXHIBIT 7

**U.S. Department of Homeland Security**
Citizenship and Immigration Services

**DECISION ON APPLICATION FOR
STATUS AS PERMANENT RESIDENT**

---

JESUS ACEVES INIESTRA
325 S. OLEANDER
COMPTON, CA 90220

FILE No.: A077 360 517

DATE: February 3, 2006

Atty: .

Upon consideration, it is ordered that your application for status as a permanent resident be denied for the following reasons:

**SEE ATTACHMENT**

If you fail to depart from the United States, proceedings will be instituted to enforce your departure. You may renew your application for status as a permanent resident during such proceedings.

Sincerely yours,

Jane E. Arellano
District Director
Signed for by:
Paulina Aguiluz, DAO

Form I-291
(Rev. 11-1-83) Y

39

Reference is made to the Application for Adjustment of Status of Lawful Permanent Residence (Form I-485) which you filed at this office on March 16, 2001, pursuant to section 245 of the Immigration and Nationality Act, as amended. Based on a visa petition filed in your behalf.

The record reflects that at the time of interview or sometime later the Service requested : that you appear for re-fingerprinting on February 2, 2006.

Title 8, Code of Federal Regulations, section 103.2(b)(13), states the following, in pertinent part:

> **Effect of failure to respond to a request for evidence or appearance...,**
> *if an individual requested to appear for fingerprinting or for an interview does not appear, the Service does not receive his or her request for rescheduling by the date of the fingerprinting appointment or interview, or the applicant or petitioner has not withdrawn the application or petition, the application or petition shall be considered abandoned and, accordingly, shall be denied.*

Your service file shows that you failed to appear for fingerprinting as required by the Service. Therefore, in accordance with §103.2(b)(13) your application is considered abandoned and is hereby denied.

In accordance with Title 8, Code of Federal Regulations, § 274a.14(b)(1)(i), your authorization to accept employment was limited to the time necessary to decide this case. Inasmuch as the application for adjustment has been denied, authorization to accept employment is terminated, pursuant to Title 8, Code of Federal Regulations, § 274a.14(a)(1).

Additionally, pursuant to Section 212.5(d)(2)(i), any advance parole issued to you is hereby terminated and you are returned to your previous status.

If you have failed to maintain your nonimmigrant status (i.e. tourist, business traveler) since your entry into the United States (and have been illegally in the United States for over six months after April 01, 1997) you may be accruing "unlawful presence" in this country. If you entered the United States without inspection you are accruing "unlawful presence" since date of your arrival in this country or April 01, 1997, which ever is later. Pursuant to §212(a)(9)(B) of the Immigration and Nationality Act, as amended, any alien over 18 years old who is illegally in the United States after April 01, 1997, and accrues six months or more "unlawful presence" will be prohibited from being admitted to the United States should that person depart this country and again seek readmission within three years. If that same alien is illegally in the United States for over one year after April 01, 1997, departs the United States and again seeks readmission within ten years that person will be prohibited entry. If you were admitted as an nonimmigrant student and fell out of status you will begin to start to accrue "unlawful presence" as of the date of this denial notice. If you depart before you obtain six months or one year of unlawful presence respectively no bar to your future admission (including adjustment of status) will occur.

Form I-291
(Rev. 11-1-83) Y

40

If you believe your application has been denied in error you may file a Motion to Reopen or Reconsider with a fee of $385.00 at the address listed below:

        MTR Unit
        P.O. Box 805887
        Chicago, IL 60680-4120

Attachment to Form I-291
In Re: JESUS ACEVES INIESTRA
File: A077 360 517
Atty:

Form I-291
(Rev. 11-1-83) Y

41

Department of Homeland Security
U. S. Citizenship and Immigration Services
Adjustment of Status Unit, Room 6024
300 North Los Angeles Street
Los Angeles, California 90012

# FINAL NOTICE

| | | |
|---|---|---|
| To: | **JESUS ACEVES-INIESTRA**<br>**925 S OLEANDER**<br>**COMPTON , CA90220** | File Number: **A77360517**<br>Date: ***January 25, 2006*** |

> **URGENT NOTICE:** You failed to appear within 60 days for your previous fingerprinting notice. Your application for either Citizenship or Adjustment of Status WILL BE DENIED if you fail to appear for this appointment within two months of the date of this notice.

To continue processing your Application to Adjust Status as a Permanent Resident (Form I-485), USCIS must send your fingerprints to the Federal Bureau of Investigation for a criminal history check. you have been scheduled to be fingerprinted at the location listed below:

| OFFICE LOCATION | Application Support Center<br>17610 Bellflower Blvd, Suite A110<br>Bellflower, CA 90706 |
|---|---|
| DATE AND HOUR | 8:00 a.m. ~ 2:00 p.m.   Thursday   February 02, 2006 |
| ASK FOR: | Fingerprinting Office |
| REASON FOR APPOINTMENT: | ☐ Initial processing of your fingerprints.<br>☒ The validity of your fingerprint check expired:   **March 31, 1901**<br>☐ Your fingerprints were rejected by the FBI on: |
| BRING WITH YOU: | THIS LETTER, your Employment Authorization Card (if applicable), and photo identification such as Passport, valid Driver's License, state-issued photo ID, national ID, and/or Military ID. If you do not bring this letter and proper photo identification, you will not be permitted to have your fingerprints taken. |

Please take note that the staff at the Application Support Center will not be able to answer any questions about the status of your application.

### *Failure to appear may result in the denial of your application.*

| Signature: | Date: |
|---|---|
| | |

Sincerely,

*Jane E. Arellano*

prepared by: J.C. Holland, DAO
**Jane E. Arellano**
**District Director**

Form G-56
(Rev. 5-1-83)Y

42

Immigration and Naturalization Service — of Lawful Permanent Residence

# CORRECTION

| | |
|---|---|
| Place | LOS |
| File No. | A 77 360 517 |

**Status as a lawful permanent resident of the United States is accorded:**

| Name In Care Of | JESUS ACEVES-INIESTRA | Sex 1 ☒ Male  2 ☐ Female | Date of Birth (Month/Day/Year) 03/04/89 |
|---|---|---|---|
| Street Address Apt. No. | 925 S. OLEANDER | City of Birth TIJUANA | Country of Birth MEXIC |
| City, State, Zip | COMPTON, CA 90220 | Country of Nationality MEXIC | Country of Last Residence MEXIC |

| Marital Status 1 ☒ Single  2 ☐ Married  3 ☐ Widowed  4 ☐ Divorced  5 ☐ Separated | Occupation 992 | N/I Class at time of Adj. EWI | Year Adm. to U.S. or Year of Change to Present NI Class (whichever most recent) 1989 |
|---|---|---|---|
| Priority Date (Month/Day/Year) | Preference (if any) IR7 | Country to Which Chargeable (if any) MEXIC | |
| Section 212 (a)(14) Labor Certification  1 ☐ Applicable-Submitted  3 ☒ Not Applicable | | Mother's First Name YOLANDA | Father's First Name SILVERIO |
| Last NIV Issued at (U.S. Consulate Post) | Date of Issuance of Last NIV | Number of Last NIV | Classification of Last NIV |

Under the following provision of law
☐ Public Law 95-412        ☐ Sec. 209 (a) of the I & N Act        ☐ Sec. 249 of the I & N Act        ☐ Other law (Specify)
☐ Public Law 96-212        ☐ Sec. 209 (b) of the I & N Act        ☐ Sec. 1 of the Act of 11/2/66
☐ Private Law No. _____  ☐ Sec. 244 (  ) (  ) of the I & N Act  ☐ Sec. 13 of the Act of 9/11/57
of the ___ Congress ___ Session  ☒ Sec. 245 of the I & N Act   ☐ Sec. 214 (d) of the I & N Act

As of _____ (Month) (Day) (Year)   at   LOS
PORT OF ENTRY FOR PERMANENT RESIDENCE

Class of admission (Insert Symbol)   IR7

**REMARKS**   ROOM # 2024 GS

RECOMMENDED BY (Immigration Officer)   (Date)

DATE OF ACTION
DD
DISTRICT   Denied on 2-3-06 No show for I/P

**FOR USE BY VISA CONTROL OFFICE**

Date _____
Foreign State   MEXIC
Preference Category   IR7
Number _____
Month of Issuance _____
Signed _____
(Visa Office Dept. of State)

CC: Page 2 Master Index copy sent on   11/16/2001
CC: Page 3 ADIT and Statistical report copy sent on _____

Form I - 181 (Rev. 3-1-83)N

1. FILE COPY

43