# EXHIBIT 8

80 CRS
cuanaad

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE**
*[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]*

CR-290

SUPERIOR COURT OF CALIFORNIA, COUNTY OF: LOS ANGELES – SOUTH CENTRAL DISTRICT

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: ACEVES, JESUS
AKA:
CII#: A25669795
BOOKING #: 8416953
DOB: 03-04-89
☐ NOT PRESENT
☐ AMENDED ABSTRACT

TA077667-02 -A
-B
-C
-D

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT

| DATE OF HEARING | DEPT. NO. | JUDGE |
|---|---|---|
| 10-24-05 | SCD | J CHEROSKE |

| CLERK | REPORTER | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|
| P SMITH | L VARELA | X01906414 |

| COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | ☒ APPTD. |
|---|---|---|
| E GILLOTT | J CHENG | |

1. Defendant was convicted of the commission of the following felonies:
   ☐ Additional counts are listed on attachment
   ___ (number of pages attached)

| CNT. | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | JURY | COURT | PLEA | TERM (L,M,U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOLENT | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 | PC | 245(A)(2) | ASSLT W/FIREARM ON PERSON | 20005 | 10-24-05 | | X | | U | | | | | | | 4 | 0 |
| 06 | PC | 186.22(A) | PARTICIPATE/STRT GANG | 2005 | 10-24-05 | | X | | M | | | X | | | | 0 | 8 |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

4. ☐ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170.12 (two-strikes).

5. INCOMPLETED SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| | |

6. TOTAL TIME ON ATTACHED PAGES: ___

7. ☐ Additional indeterminate term (see CR-292).

8. TOTAL TIME EXCLUDING COUNTY JAIL TERM: 4 | 8

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CR-290 (Rev. January 1, 2003)

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE**
*[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]*

Penal Code,
§§ 1213, 1213.5

Gx2
112

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: ACEVES, JESUS

| TA077667-02 -A | -B | -C | -D |
|---|---|---|---|

9. **FINANCIAL OBLIGATIONS** (including any applicable penalty assessments):

a. <u>Restitution Fine(s)</u>:

Case A: $800.00   per PC 1202.4(b) forthwith per PC 2085.5;   $800.00   per PC 1202.45 suspended unless parole is revoked.
Case B: $_____    per PC 1202.4(b) forthwith per PC 2085.5;   $_____    per PC 1202.45 suspended unless parole is revoked.
Case C: $_____    per PC 1202.4(b) forthwith per PC 2085.5;   $_____    per PC 1202.45 suspended unless parole is revoked.
Case D: $_____    per PC 1202.4(b) forthwith per PC 2085.5;   $_____    per PC 1202.45 suspended unless parole is revoked.

b. <u>Restitution per PC 1202.4(f)</u>:

Case A: $_____   ☐ Amount to be determined   to ☐ victim(s)*   ☐ Restitution Fund
Case B: $_____   ☐ Amount to be determined   to ☐ victim(s)*   ☐ Restitution Fund
Case C: $_____   ☐ Amount to be determined   to ☐ victim(s)*   ☐ Restitution Fund
Case D: $_____   ☐ Amount to be determined   to ☐ victim(s)*   ☐ Restitution Fund

(*List victim name(s) if known and amount breakdown in Item 11, below.)

c. <u>Fine(s)</u>:

Case A: $_____  per PC 1202.5, $_____  per VC 23550 or _____ days   ☐ county jail ☐ prison in lieu of fine ☐ CC ☐ CS
Case B: $_____  per PC 1202.5, $_____  per VC 23550 or _____ days   ☐ county jail ☐ prison in lieu of fine ☐ CC ☐ CS
Case C: $_____  per PC 1202.5, $_____  per VC 23550 or _____ days   ☐ county jail ☐ prison in lieu of fine ☐ CC ☐ CS
Case D: $_____  per PC 1202.5, $_____  per VC 23550 or _____ days   ☐ county jail ☐ prison in lieu of fine ☐ CC ☐ CS

d. <u>Lab Fee and Drug Program Fee</u>:

Case A: Lab Fee: $_____  per HS 11372.5(a) for counts _____.   ☐ Drug Program Fee of $150 per HS 11372.7(a).
Case B: Lab Fee: $_____  per HS 11372.5(a) for counts _____.   ☐ Drug Program Fee of $150 per HS 11372.7(a).
Case C: Lab Fee: $_____  per HS 11372.5(a) for counts _____.   ☐ Drug Program Fee of $150 per HS 11372.7(a).
Case D: Lab Fee: $_____  per HS 11372.5(a) for counts _____.   ☐ Drug Program Fee of $150 per HS 11372.7(a).

10. **TESTING**

a. ☐ AIDS pursuant to PC 1202.1   b. ☐ DNA pursuant to PC 296   c. ☐ other (specify):

11. **Other orders** (specify):
DEFENDANT TO PAY $20.00 COURT SECURITY ASSESSMENT FEE PURUSANT TO 1465.8(A)(1) P.C. THE COURT ORDERS THAT THE DEFENDANT PROVIDE TWO SPECIMENS OF BLOOD, A SALIVA SAMPLE, RIGHT THUMBPRINT, AND A FULL PALM PRINT IMPRESSION OF EACH HAND FOR LAW ENFORCEMENT IDENTIFICATION ANALYSIS.

12. **EXECUTION OF SENTENCE IMPOSED**
a. ☒ at initial sentencing hearing.
b. ☐ at resentencing per decision on appeal.
c. ☐ after revocation of probation.
d. ☐ at resentencing per recall of commitment. (PC 1170(d).)
e. ☐ other (specify):

13. **CREDIT FOR TIME SERVED**

| CASE | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT | |
|---|---|---|---|---|
| A | 428 | 286 | 142 | ☐ 4019 ☐ 2933.1 |
| B | | | | ☐ 4019 ☐ 2933.1 |
| C | | | | ☐ 4019 ☐ 2933.1 |
| D | | | | ☐ 4019 ☐ 2933.1 |

Date Sentence Pronounced: 10-24-05

Time Served in State Institution:
DMH [ ]   CDC [ ]   CRC [ ]

14. The defendant is remanded to the custody of the sheriff ☒ forthwith   ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
To be delivered to   ☐ the reception center designated by the director of the California Department of Corrections.
☒ other (specify): DEFENDANT TO BE HOUSED AT CYA PURSUANT TO 1731.5C WIC

**CLERK OF THE COURT**

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE: F. TILLAGE   /s/ J. Tillage
DATE: 11-01-05

CR-290 (Rev. January 1, 2003)   ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE   Page 2 of 2

113.

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES

APR 2 5 2005

John A. Clarke, Executive Officer/Clerk

By R. Chavez, Deputy

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br>Plaintiff,<br>v.<br>01 JESUS VALENZUELA (7/11/1986) (Bk# 8416859),<br>02 JESUS ACEVES (3/4/1989) (Bk# 8416953), and<br>03 FRANCISCO PICASO (4/10/1988) (Bk# 8416870)<br>Defendant(s). | CASE NO. TA077667<br><br>*INFORMATION*<br><br>Arraignment Hearing<br>Date: 04/25/2005<br>Department: SC D |

## INFORMATION SUMMARY

| Ct. No. | Charge | Charge Range | Defendant | Special Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| 1 | PC 664/187(a) | Check PC664 | VALENZUELA, JESUS | PC 186.22(b)(1)(a) | +2,3,4 Yrs. |
| | | | | WI 707(d)(2)(b) | Check Code |
| | | | | WI 707(d)(2)(c)(ii) | Check Code |
| | | | | WI 707(d)(2)(a) | Check Code |
| | | | | PC 12022.53(c) | +20 Yrs, MSP* |
| | | | ACEVES, JESUS | PC 12022.53(c) | +20 Yrs, MSP* |
| | | | | PC 186.22(b)(1)(a) | +2,3,4 Yrs. |
| | | | | WI 707(d)(2)(b) | Check Code |
| | | | | WI 707(d)(2)(c)(ii) | Check Code |
| | | | | WI 707(d)(2)(a) | Check Code |
| | | | | PC 12022.53(c) | +20 Yrs, MSP* |
| | | | PICASO, FRANCISCO | PC 186.22(b)(1)(a) | +2,3,4 Yrs. |
| | | | | WI 707(d)(2)(b) | Check Code |
| | | | | WI 707(d)(2)(c)(ii) | Check Code |
| | | | | WI 707(d)(2)(a) | Check Code |
| | | | | PC 12022.53(c) | +20 Yrs, MSP* |
| 2 | PC 664/187(a) | Check PC664 | VALENZUELA, JESUS | PC 186.22(b)(1)(a) | +2,3,4 Yrs. |
| | | | | WI 707(d)(2)(b) | Check Code |
| | | | | WI 707(d)(2)(c)(ii) | Check Code |
| | | | | WI 707(d)(2)(a) | Check Code |
| | | | | PC 12022.53(c) | +20 Yrs, MSP* |
| | | | ACEVES, JESUS | PC 12022.53(c) | +20 Yrs, MSP* |
| | | | | PC 186.22(b)(1)(a) | +2,3,4 Yrs. |
| | | | | WI 707(d)(2)(b) | Check Code |
| | | | | WI 707(d)(2)(c)(ii) | Check Code |
| | | | | WI 707(d)(2)(a) | Check Code |
| | | | | PC 12022.53(c) | +20 Yrs, MSP* |
| | | | PICASO, FRANCISCO | PC 186.22(b)(1)(a) | +2,3,4 Yrs. |
| | | | | WI 707(d)(2)(b) | Check Code |
| | | | | WI 707(d)(2)(c)(ii) | Check Code |
| | | | | WI 707(d)(2)(a) | Check Code |
| | | | | PC 12022.53(c) | +20 Yrs, MSP* |
| 3 | PC 664/187(a) | Check PC664 | VALENZUELA, JESUS | PC 186.22(b)(1)(a) | +2,3,4 Yrs. |
| | | | | WI 707(d)(2)(b) | Check Code |
| | | | | WI 707(d)(2)(c)(ii) | Check Code |
| | | | | WI 707(d)(2)(a) | Check Code |
| | | | | PC 12022.53(c) | +20 Yrs, MSP* |
| | | | ACEVES, JESUS | PC 12022.53(c) | +20 Yrs, MSP* |
| | | | | PC 186.22(b)(1)(a) | +2,3,4 Yrs. |

Rev. 940-1/99  DA Case 25426322                              Page 1                              Case No. TA077667

*INFORMATION*

1c4

|   |   |   | PICASO, FRANCISCO | WI 707(d)(2)(b) | Check Code |
|---|---|---|---|---|---|
|   |   |   |   | WI 707(d)(2)(c)(ii) | Check Code |
|   |   |   |   | WI 707(d)(2)(a) | Check Code |
|   |   |   |   | PC 12022.53(c) | +20 Yrs, MSP* |
|   |   |   |   | PC 186.22(b)(1)(a) | +2,3,4 Yrs. |
|   |   |   |   | WI 707(d)(2)(b) | Check Code |
|   |   |   |   | WI 707(d)(2)(c)(ii) | Check Code |
|   |   |   |   | WI 707(d)(2)(a) | Check Code |
|   |   |   |   | PC 12022.53(c) | +20 Yrs, MSP* |
| 4 | PC 245(a)(1) | 2-3-4 | VALENZUELA, JESUS | PC 186.22(b)(1)(a) | +2,3,4 Yrs. |
|   |   |   |   | WI 707(d)(2)(b) | Check Code |
|   |   |   |   | WI 707(d)(2)(c)(ii) | Check Code |
|   |   |   |   | WI 707(d)(2)(a) | Check Code |

The District Attorney of the County of Los Angeles, by this Information alleges that:

COUNT 1

On or about January 12, 2005, in the County of Los Angeles, the crime of ATTEMPTED WILLFUL, DELIBERATE, PREMEDITATED MURDER, in violation of PENAL CODE SECTION 664/187(a), a Felony, was committed by JESUS VALENZUELA, JESUS ACEVES, and FRANCISCO PICASO, who did unlawfully and with malice aforethought attempt to murder JORGE ESPINOZA, a human being.

It is further alleged that the aforesaid attempted murder was committed willfully, deliberately and with premeditation within the meaning of Penal Code section 664(a) and is a serious felony pursuant to Penal Code section 1192.7(c).

"NOTICE: Conviction of this offense will require you to provide specimens and samples pursuant to Penal Code section 296. Willful refusal to provide the specimens and samples is a crime."

It is further alleged that said defendant(s), JESUS ACEVES personally and intentionally discharged a firearm, a handgun, within the meaning of Penal Code section 12022.53(c).

It is further alleged that said defendant(s), JESUS ACEVES personally used a firearm, a handgun, within the meaning of Penal Code section 12022.53(b).

* * * * *



## COUNT 2

On or about January 12, 2005, in the County of Los Angeles, the crime of ATTEMPTED WILLFUL, DELIBERATE, PREMEDITATED MURDER, in violation of PENAL CODE SECTION 664/187(a), a Felony, was committed by JESUS VALENZUELA, JESUS ACEVES, and FRANCISCO PICASO, who did unlawfully and with malice aforethought attempt to murder RAFAEL PADILLA, a human being.

It is further alleged that the aforesaid attempted murder was committed willfully, deliberately and with premeditation within the meaning of Penal Code section 664(a) and is a serious felony pursuant to Penal Code section 1192.7(c).

"NOTICE: Conviction of this offense will require you to provide specimens and samples pursuant to Penal Code section 296. Willful refusal to provide the specimens and samples is a crime."

It is further alleged that said defendant(s), JESUS ACEVES personally and intentionally discharged a firearm, a handgun, within the meaning of Penal Code section 12022.53(c).

It is further alleged that said defendant(s), JESUS ACEVES personally used a firearm, a handgun, within the meaning of Penal Code section 12022.53(b).

\* \* \* \* \*

## COUNT 3

On or about January 12, 2005, in the County of Los Angeles, the crime of ATTEMPTED WILLFUL, DELIBERATE, PREMEDITATED MURDER, in violation of PENAL CODE SECTION 664/187(a), a Felony, was committed by JESUS VALENZUELA, JESUS ACEVES, and FRANCISCO PICASO, who did unlawfully and with malice aforethought attempt to murder JESUS AGUILAR, a human being.

It is further alleged that the aforesaid attempted murder was committed willfully, deliberately and with premeditation within the meaning of Penal Code section 664(a) and is a serious felony pursuant to Penal Code section 1192.7(c).

"NOTICE: Conviction of this offense will require you to provide specimens and samples pursuant to Penal

Code section 296. Willful refusal to provide the specimens and samples is a crime."

It is further alleged that said defendant(s), JESUS ACEVES personally and intentionally discharged a firearm, a handgun, within the meaning of Penal Code section 12022.53(c).

It is further alleged that said defendant(s), JESUS ACEVES personally used a firearm, a handgun, within the meaning of Penal Code section 12022.53(b).

It is further alleged as to count(s) 1, 2, and 3 that a principal personally and intentionally discharged a firearm, a handgun, within the meaning of Penal Code section 12022.53(c) and (e)(1).
It is further alleged as to count(s) 1, 2, and 3 that a principal personally used a firearm, a handgun, within the meaning of Penal Code section 12022.53(b) and (e)(1).

* * * * *

COUNT 4

On or about January 12, 2005, in the County of Los Angeles, the crime of ASSAULT WITH DEADLY WEAPON, BY MEANS LIKELY TO PRODUCE GBI, in violation of PENAL CODE SECTION 245(a)(1), a Felony, was committed by JESUS VALENZUELA, who did willfully and unlawfully commit an assault upon JESUS AGUILAR with a deadly weapon, to wit, car, and by means of force likely to produce great bodily injury.
"NOTICE: The above offense is a serious felony within the meaning of Penal Code section 1192.7(c)."
"NOTICE: Conviction of this offense will require you to provide specimens and samples pursuant to Penal Code section 296. Willful refusal to provide the specimens and samples is a crime."

It is further alleged pursuant to Penal Code section 186.22(b)(1)(A) as to count(s) 1, 2, 3, and 4 that the above offense was committed for the benefit of, at the direction of, and in association with a criminal street gang with the specific intent to promote, further and assist in criminal conduct by gang members.
"NOTICE: Conviction of this offense will require you to register pursuant to Penal Code Section



186.30(a). Willful failure to register is a crime."

It is further alleged, pursuant to subdivision (d)(2)(b) of section 707 the Welfare and Institutions code, that the defendant was a minor who was at least 14 years of age at the time of the commission of the above offenses.

It is further alleged, pursuant to subdivision (d)(2)(c)(ii) of section 707 of the Welfare and Institutions Code, that the defendant was a minor who was at least 14 years of age at the time of the commission of the above offenses, and that the above offenses were committed for the benefit and at the direction of, and in association with a criminal street gang, and with the intent to promote, further, and assist in criminal conduct by gang members.

It is further alleged, pursuant to subdivision (d)(2)(a) of section 707 of the Welfare and Institutions code, that the defendant was a minor who was at least 14 years of age at the time of the commission of the above offenses.

*****



THIS INFORMATION CONSISTS OF 4 COUNT(S).

STEVE COOLEY
DISTRICT ATTORNEY
County of Los Angeles,
State of California

BY: _____
DOUGLAS HERRING
DEPUTY DISTRICT ATTORNEY

Filed in Superior Court,
County of Los Angeles

/FL

DATED: _____

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.