# EXHIBIT 9

IMMIGRATION COURT
3260 NORTH PINAL PARKWAY
FLORENCE, AZ  85232

In the Matter of

Case No.: A77-360-517

ACEVES-INIESTRA, JESUS
    Respondent

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on 1-7-08.
This memorandum is solely for the convenience of the parties.  If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.
[X]   The respondent was ordered removed from the United States to Mexico
      or in the alternative to .
[ ]   Respondent's application for voluntary departure was denied and
      respondent was ordered removed to  or in the
      alternative to .
[ ]   Respondent's application for voluntary departure was granted until
       upon posting a bond in the amount of $ _____
      with an alternate order of removal to .
Respondent's application for:
[ ]   Asylum was ( )granted  ( )denied( )withdrawn.
[ ]   Withholding of removal was ( )granted ( )denied ( )withdrawn.
[ ]   A Waiver under Section _____ was ( )granted ( )denied ( )withdrawn.
[ ]   Cancellation of removal under section 240A(a) was ( )granted ( )denied
      ( )withdrawn.
Respondent's application for:
[ ]   Cancellation under section 240A(b)(1) was ( ) granted ( ) denied
      ( ) withdrawn.  If granted, it is ordered that the respondent be issued
      all appropriate documents necessary to give effect to this order.
[ ]   Cancellation under section 240A(b)(2) was  ( )granted ( )denied
      ( )withdrawn.  If granted it is ordered that the respondent be issued
      all appropriated documents necessary to give effect to this order.
[ ]   Adjustment of Status under Section _____ was ( )granted ( )denied
      ( )withdrawn.  If granted it is ordered that the respondent be issued
        all appropriated documents necessary to give effect to this order.
[ ]   Respondent's application of ( ) withholding of removal ( ) deferral of
      removal under Article III of the Convention Against Torture was
      ( ) granted ( ) denied ( ) withdrawn.
[ ]   Respondent's status was rescinded under section 246.
[ ]   Respondent is admitted to the United States as a _____ until _____.
[ ]   As a condition of admission, respondent is to post a $ _____ bond.
[ ]   Respondent knowingly filed a frivolous asylum application after proper
      notice.
[ ]   Respondent was advised of the limitation on discretionary relief for
      failure to appear as ordered in the Immigration Judge's oral decision.
[ ]   Proceedings were terminated.
[ ]   Other: _____.
      Date:   Jan 7, 2008

BRUCE A. TAYLOR
Immigration Judge

Appeal ( Waived )/Reserved      Appeal Due By:

30