# EXHIBIT 10

Form I-215B
(Rev. 9-1-72)

UNITED STATES DEPARTMENT OF JUSTICE

IMMIGRATION AND NATURALIZATION SERVICE

RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM

# AFFIDAVIT

Case No: IMB0801000479

IN RE: ACEVES-INIESTRA JESUS                              FILE NO. 077 360 517
EXECUTED AT IMPERIAL BEACH, CA                            DATE January 18, 2008

Before the following officer of the U.S. Immigration and Naturalization Service: FELIX PADILLA

in the ENGLISH _____ language. Interpreter NONE USED _____ used.

I, JESUS ACEVES-INIESTRA _____, acknowledge that the above-named officer has identified himself to me as an officer of the United States Immigration and Naturalization Service, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. He has informed me that he desires to take my sworn statement regarding: MY ILLEGAL RE- ENTRY INTO THE UNITED STATES AFTER BEING PREVIOUSLY REMOVED.

He has told me that my statement must be freely and voluntarily given and has advised me of these rights:
"You have the right to remain silent.
Anything you say can be used against you in court, or in any immigration or administrative proceeding.
You have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning.
If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.
If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer."
I am willing to make a statement without anyone else being present. I swear that I will tell the truth, the whole truth, and nothing but the truth, so help me, God.
Being duly sworn, I make the following statement:

Q. What is your true and correct name?
A. Jesus ACEVES-INIESTRA
Q. What is your date and place of birth?
A. March 03, 1989
Q. Where were you born? Tell me the name of the town, State, and country?
A. I was raised in L.A., since I was a Little Kid.
Q. Do you know exactly where you were born?
A. I think, I was born in L.A., I've been living there since I was a little kid.
Q. Of what country are you a citizen?
A. What do you mean?
Q. Are you a Mexican citizen or American?
A. I went to court and the judge told me I can fight it when I was out there. I need to show paper work to show I am an American citizen.
Q. You are not sure if you were born in the United States or Mexico.
A. No, I am not sure.
Q. Do you have any documents to prove that you were born in the United States?
A. I don't got nothing because I got locked up when I was fifteen.
Q. Is there anybody that can prove you were born in the United States?
A. Mom, Dad and family.
Q. Your parents can prove you were born in the United States?
A. Probably, yeah.
Q. But a judge order you deported because you couldn't prove it at that time?
A. Yeah because I hade no proof, but he told me that once I'm out here I can fight it and prove I am a United States citizen.

x J.A

| U.S. Department of Justice<br>Immigration and Naturalization Service | Continuation Page for Form I-215B |
|---|---|

| Alien's Name<br>ACEVES-INIESTRA JESUS | File Number<br>Case No: IMB0801000479<br>077 360 517 | Date<br>January 18, 2008 |
|---|---|---|

Q. How and where did you enter the United States at that time?
A. By bike.
Q. Were you inspected by an Immigration Officer?
A. I got stopped by an immigration Officer.
Q. SO you were arrested by an Immigration Officer?
A. Yes.
Q. You didn't present your self at a Port of Entry?
A. No.
Q. Did you cross the fence other then a Port of entry?
A. I hopped over the fence.
Q. Did an Immigration Officer inspect you or allow you to enter the United States?
A. No.
Q. Have you been deported from the United States?
A. Yes.
Q. When did you get deported/
A. this is my second time.
Q. When did you get deported the first time?
A. January 7, 2008.
Q. Did you see an Immigration Judge?
A. Yes, in Arizona.
Q. Have you been convicted of a crime in the United States?
A. Yes.
Q. What crimes have you been convicted of?
A. Assault with a firearm.
Q. How long were you incarcerated for?
A. They gave me four year and eight months, but I only did three years. Since January 12, 2005 to January 7, 2008.
Q. After you did your time were you deported?
A. Yes, I was deported.
Q. Did you make arrangements to come to the United States?
A. Yes.
Q. How much were you going to pay to get across into the United States?
A. $20,000.00 to $25,000.00 or something like that.
Q. Who were you going to give the money too?
A. I wasn't going to give it to them until I got to L.A.
Q. Did somebody in L.A. make arrangements to smuggle you across?
A. Yeah.
Q. What part of the United States were you heading too?
A. Compton.
Q. Are you under the influence of any mind altering substances at this time (medications, alcohol or drugs)?
A. No.
Q. Are you in good physical and mental shape?
A. Yes.

I have read (or have had read to me) the foregoing statement consisting of two pages. I

x J·A·

| Signature | Title |
|---|---|

| Alien's Name | File Number | Date |
|---|---|---|
| ACEVES-INIESTRA JESUS | Case No: IMB0801000479<br>077 360 517 | January 18, 2008 |

affirm that the answers attributed to me herein are true and correct to the best of my knowledge and belief and that this statement is a full, true, and correct record of my questioning by the above-named officer of the Immigration and Naturalization Service. I have initialized each page of this statement (and the corrections noted on page(s).

Signature of alien: _____

Subscribed and sworn to me at: Imperial Beach Border Patrol Station, San Diego, California on January 18, 2007.

_____
(Signature of Immigration Officer)

_____
(Signature of Witness)

| Signature | Title |
|---|---|
|  |  |

3 of 3 Pages

Form I-831 Continuation Page (Rev. 6/12/92)