# EXHIBIT 1

## BIRTH CERTIFICATE TRANSLATION

BIRTH CERTIFICATE NUMBER: Book 0009, Record No. 01670

NAME: JESUS ACEVES INIESTRA

DATE OF BIRTH: March 4, 1989

PLACE OF BIRTH: Tijuana, Baja Californai, Mexico

FATHER NAME: Silverio Aceves Plascencia

MOTHER NAME: Yolanda Iniestra Garcia

PATERNAL GRANDFATHER: Not shown

PATERNAL GRANDMOTHER: Not shown

MATERNAL GRANDFATHER: Not shown

MATERNAL GRANDMOTHER: Not Shown

WITNESSES: Not shown

I CERTIFY THAT I AM COMPETENT TO TRANSLATE INTO ENGLISH AND THAT THIS TRANSLATION IS ACCURATE TO THE BEST OF MY KNOWLEDGE.

THIS TRANSLATION WAS TAKEN FROM ITS ORIGINAL BY:

NAME: Gisela Salcedo      DATE: 3/28/09


104



# ESTADOS UNIDOS MEXICANOS
## ESTADO LIBRE Y SOBERANO DE BAJA CALIFORNIA
### REGISTRO CIVIL

CERTIFICADO DE DATOS DE

ACTA DE NACIMIENTO

N° 0002

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE BAJA CALIFORNIA Y COMO OFICIAL DEL REGISTRO CIVIL DE ESTE MUNICIPIO, C E R T I F I C O :

QUE EN LOS LIBROS DE _____ DEL REGISTRO CIVIL QUE ES A MI CARGO, SE ENCUENTRA ASENTADA UN ACTA DE _____ EN LA CUAL SE CONTIENEN LOS SIGUIENTES DATOS. NACIMIENTO

CLAVE DEL REG. DE POB.

02-004-04-02-01670-J

| OFICIALIA | LIBRO No. | ACTA No. | LOCALIDAD | FECHA DE REGISTRO |
|---|---|---|---|---|
| 04 | 00009 | 01670 | DELEG. PLAYAS | 10 SEP 2002 |

| MUNICIPIO O DELEGACION | ENTIDAD FEDERATIVA |
|---|---|
| TIJUANA | BAJA CALIFORNIA |

## DATOS DEL REGISTRADO

| NOMBRE: | JESUS | ACEVES | INIESTRA |
|---|---|---|---|
|  | NOMBRE(S) | PRIMER APELLIDO | SEGUNDO APELLIDO |

FECHA DE NACIMIENTO: 04 DE MARZO DE 1989

| LUGAR DE NACIMIENTO: | TIJUANA | TIJUANA | BAJA CALIFORNIA | MEXICO |
|---|---|---|---|---|
|  | LOCALIDAD | MUNICIPIO | ENTIDAD | PAIS |

REGISTRADO: ☑ Vivo ☐ Muerto     SEXO: ☑ Masculino ☐ Femenino

## DATOS DE LOS PADRES

| PADRE | SILVERIO | ACEVES | PLASCENCIA |
|---|---|---|---|
|  | NOMBRE(S) | PRIMER APELLIDO | SEGUNDO APELLIDO |

LUGAR DE NACIMIENTO   JALISCO

EDAD   39   AÑOS          NACIONALIDAD   MEXICANA

| MADRE | YOLANDA | INIESTRA | GARCIA |
|---|---|---|---|
|  | NOMBRE(S) | PRIMER APELLIDO | SEGUNDO APELLIDO |

LUGAR DE NACIMIENTO   JALISCO

EDAD   36   AÑOS          NACIONALIDAD   MEXICANA

LA PRESENTE ACTA TIENE LAS SIGUIENTES ANOTACIONES

AUT. REG. EXT. POR MEXICALI, B.C.

SE EXTIENDE ESTA CERTIFICACION, EN CUMPLIMIENTO DEL ARTICULO 35 DEL CODIGO CIVIL VIGENTE EN EL ESTADO, EN LA CIUDAD DE TIJUANA, BAJA CALIFORNIA A LOS   10 DE SEPTIEMBRE DE 2002

EL C. OFICIAL 04 DEL REGISTRO CIVIL, DOY FE



SELLO DE LA OFICIALIA DEL REGISTRO CIVIL

LIC. KARLA XENIA MONCADA RODRIGUEZ
NOMBRE

FIRMA OFICIAL REGISTRO CIVIL

105