# EXHIBIT 2



### Certificate of Baptism

**Sacred Heart Church**
1720 North Culver Avenue
Compton, California 90222

#### This is to Certify

That **JESUS MALDONADO**

Child of **SILVERIO ACEVES**

and **YOLANDA INIESTRA GARCIA**

Born in **TIJUANA, B.C. MEXICO.**

on the **4** day of **MARCH** **1989**, was

**Baptized**

on the **24** day of **MARC JULY**, 19**93**

according to the

**Rite of the Roman Catholic Church**

by the Rev. **RAUL LEY**

the Sponsors being  **MIGUEL PLASCENCIA**
                    **AVIEL PLASCENCIA**

as appears from the Baptismal Register of this Church

Dated **JULY 24, 1993**   Volume ___ Page ___ No. ___

Seal   Rev. _(signature)_ Pastor

100