# EXHIBIT 4

## CERTIFICATION OF VITAL RECORD

### COUNTY OF LOS ANGELES • REGISTRAR-RECORDER/COUNTY CLERK

### LICENSE AND CERTIFICATE OF CONFIDENTIAL MARRIAGE

| STATE FILE NUMBER | LOCAL REGISTRATION NUMBER | LICENSE NUMBER |
|---|---|---|
| 5 199319013877 | | NNC007242 |

**HUSBAND PERSONAL DATA**

| 1A. NAME OF HUSBAND—First (Given) | 1B. MIDDLE | 1C. LAST (FAMILY) | 2. DATE OF BIRTH—Month, Day, Year |
|---|---|---|---|
| SILVERIO | | ACEVES | 02/03/1963 |

| 3. STATE OF BIRTH | 4. NUMBER OF PREVIOUS MARRIAGES | 5A. LAST MARRIAGE ENDED BY: | 5B. DATE—Month, Day, Year |
|---|---|---|---|
| MX | 0 | ☐ DEATH ☐ DISSOLUTION ☐ ANNULMENT | |

| 6A. USUAL OCCUPATION | 6B. USUAL KIND OF BUSINESS OR INDUSTRY | 7. EDUCATION—Years Completed |
|---|---|---|
| SUPERVISOR | WAREHOUSE | 12TH |

| 8A. FULL NAME OF FATHER | 8B. STATE OF BIRTH | 9A. FULL MAIDEN NAME OF MOTHER | 9B. STATE OF BIRTH |
|---|---|---|---|
| GABRIEL ACEVES | MX | TERESA PLASCENCIA | MX |

**WIFE PERSONAL DATA**

| 10A. NAME OF WIFE—First (Given) | 10B. MIDDLE | 10C. CURRENT LAST (FAMILY) | 10D. MAIDEN LAST (FAMILY) IF DIFFERENT THAN 10C. |
|---|---|---|---|
| YOLANDA | | INIESTRA | SAME |

| 11. DATE OF BIRTH—Month, Day, Year | 12. STATE OF BIRTH | 13. NUMBER OF PREVIOUS MARRIAGES | 14A. LAST MARRIAGE ENDED BY: | 14B. DATE—Month, Day, Year |
|---|---|---|---|---|
| 12/03/1965 | MX | 1 | ☐ DEATH ☒ DISSOLUTION ☐ ANNULMENT | 04/20/1998 |

| 15A. USUAL OCCUPATION | 15B. USUAL KIND OF BUSINESS OR INDUSTRY | 16. EDUCATION—Years Completed |
|---|---|---|
| HOUSEWIFE | DOMESTIC | 9TH |

| 17A. FULL NAME OF FATHER | 17B. STATE OF BIRTH | 19A. FULL MAIDEN NAME OF MOTHER | 19B. STATE OF BIRTH |
|---|---|---|---|
| FERMIN INIESTRA | MX | MA. GUADALUPE GARCIA | MX |

**RESIDENCE OF HUSBAND AND WIFE**

| 19A. RESIDENCE—Street and Number | 19B. CITY | 19C. ZIP CODE | 19D. COUNTY—Outside California, Enter State |
|---|---|---|---|
| 925 S. OLEANDER ST | COMPTON | 90220 | L.A. |

| 20A. MAILING ADDRESS—If Different | 20B. CITY | 20C. ZIP CODE | 20D. COUNTY—Outside California, Enter State |
|---|---|---|---|
| SAME | | | |

**AFFIDAVIT**

21. SIGNATURE OF HUSBAND: *Silverio Ac*
22. SIGNATURE OF WIFE: *Yolanda Iniestra*

| 23A. SIGNATURE AND TITLE OF ISSUING CLERK | 24. AFFIX NOTARY SEAL—(If Applicable) | 24B. SUBSCRIBED AND SWORN TO BEFORE ME ON |
|---|---|---|
| M NAJERA   DEPUTY | MARIE MORCHON Commission # 1157641 Notary Public — California Los Angeles County My Comm. Expires Oct 3, 2001 | 06  20  1998 |
| 23B. COUNTY OF ISSUE: LOS ANGELES | | SIGNATURE OF NOTARY |
| 23C. MAILING ADDRESS AND ZIP CODE: P.O. BOX 53120 L.A. CA. 90053-0120 | | MARIE MORCHON (TYPED NAME OF NOTARY) |
| 23D. ISSUE DATE: 06/19/1998 | 23E. LICENSE EXPIRES AFTER: 09/17/1998 | |

**CERTIFICATION OF PERSON SOLEMNIZING MARRIAGE**

25. I hereby certify that the above named man and woman were joined by me in marriage in accordance with the laws of the State of California
ON: 06 / 20 / 98
AT: LOS ANGELES, L.A., CALIFORNIA

| 26A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE | 26B. RELIGIOUS DENOMINATION IF CLERGY |
|---|---|
| | NON DENOMINATION |
| 26C. NAME OF PERSON SOLEMNIZING MARRIAGE: OSCAR FUGON | 26D. OFFICIAL TITLE: MINISTER |
| 26E. MAILING ADDRESS: 237 S. BROADWAY ST L.A. CA. | 26F. ZIP CODE: 90012 |

NOTE: THIS MARRIAGE MUST TAKE PLACE IN THE COUNTY IN WHICH THE LICENSE WAS ISSUED.

**COUNTY CLERK**

| 27A. SIGNATURE OF COUNTY CLERK | 27B. SIGNATURE OF DEPUTY CLERK (If Applicable) | 28. DATE ACCEPTED FOR REGISTRATION |
|---|---|---|
| CONNY B. McCORMACK | BY DEPUTY | JUL 13 1998 |

05 96517   MUST BE LEGIBLE—MAKE NO ERASURES, WHITEOUTS OR OTHER ALTERATIONS—SEE REVERSE SIDE FOR FURTHER INSTRUCTIONS

---

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

*Conny B. McCormack*

**CONNY B. McCORMACK**
Registrar-Recorder/County Clerk

This copy not valid unless prepared on engraved border displaying the Seal and Signature of the Registrar-Recorder/County Clerk.

JAN 16 2007

19-196546



84

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE