# EXHIBIT 5

# CERTIFICATE OF NATURALIZATION

No. 22600517



Personal description of holder as of date of naturalization:
Date of birth: FEBRUARY 3, 1963
Sex: MALE
Height: 5 feet 05 inches
Marital status: SINGLE
Country of former nationality: MEXICO

INS Registration No. A37 448 583

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

*Silverio Ac...*
(Complete and true signature of holder)

Be it known that, pursuant to an application filed with the Attorney General at: LOS ANGELES, CA

The Attorney General having found that: SILVERIO ACEVES-PLASCENCIA

then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the

U.S. DISTRICT COURT
FOR THE CENTRAL DIST. OF CALIFORNIA
at: LOS ANGELES, CA     on JUNE 19, 1996

that such person is admitted as a citizen of the United States of America.

*Doris Meissner*
Commissioner of Immigration and Naturalization

FORM N-550 REV. 6-91

IT IS PUNISHABLE BY U.S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.