KAREN P. HEWITT
United States Attorney
CHRISTINA M. McCALL
Assistant United States Attorney
California Bar Number 234139
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6760
Facsimile: (619) 235-2757

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0361-LAB |
| Plaintiff, | **UNITED STATES' MOTION FOR RECIPROCAL DISCOVERY AND MOTION TO COMPEL FINGERPRINT EXEMPLARS.** |
| v. | Date:      March 24, 2008<br>Time:      2:00 p.m.<br>Honorable:  Larry A. Burns |
| JESUS ACEVES-INIESTRA, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Christina M. McCall, Assistant United States Attorney, hereby files its Motion for Reciprocal Discovery.

**III**

**UNITED STATES' MOTION FOR RECIPROCAL DISCOVERY**

Defendant has invoked Fed. R. Crim. P. 16(a) and the United States has voluntarily complied with the requirements of Rule 16(a). Therefore, provision 16(b) of that rule, requiring reciprocal

1  discovery, is applicable. The United States hereby requests Defendant to permit the United States to
2  inspect, copy, and photograph any and all books, papers, documents, photographs, tangible objects, or
3  make copies of portions thereof, which are within the possession, custody or control of Defendant and
4  which he intends to introduce as evidence in his case-in-chief at trial.

5  The United States further requests that it be permitted to inspect and copy or photograph any
6  results or reports of physical or mental examinations and of scientific tests or experiments made in
7  connection with this case, which are in the possession or control of Defendant, which he intends to
8  introduce as evidence-in-chief at the trial or which were prepared by a witness whom Defendant intends
9  to call as a witness. The United States also requests that the court make such orders as it deems
10 necessary under Rule 16(d)(1) and (2) to insure that the United States receives the discovery to which
11 it is entitled.

12 Federal Rule of Criminal Procedure 26.2 requires the production of prior statements of all
13 witnesses, except Defendant. The time frame established by the rule requires the statement to be
14 provided after the witness has testified, as in the Jencks Act. The United States hereby requests that
15 Defendant be ordered to supply all prior statements of defense witnesses by a reasonable date before
16 trial to be set by the court. This order should include any form these statements are memorialized in,
17 including but not limited to, tape recordings, handwritten or typed notes and/or reports.

18                                                    **IV**

19                         **MOTION TO COMPEL FINGERPRINT EXEMPLARS**

20 As part of its case, the United States must prove that Defendant was previously deported from
21 the United States. To prove this element, the United States anticipates calling a certified fingerprint
22 examiner to testify that Defendant is the individual whose fingerprint appears on the warrants of
23 deportation and other deportation documents. A number of chain of custody witnesses could be
24 eliminated, and judicial resources conserved, by permitting the Government's expert to take Defendant's
25 fingerprints himself. The Defendant's fingerprints are not testimonial evidence. See Schmerber v.
26 California, 384 U.S. 757 (1966). Further, using identifying physical characteristics, such as fingerprints,
27 does not violate Defendant's Fifth Amendment rights against self-incrimination. United States v.
28

1 DePalma, 414 F.2d 394, 397 (9th Cir. 1969); Woods v. United States, 397 F.2d 156 (9th Cir. 1968); see
2 also, United States v. St. Onge, 676 F. Supp. 1041, 1043 (D. Mont. 1987).  Accordingly, the
3 Government requests that the Court order that Defendant make himself available for fingerprinting by
4 the Government's fingerprint expert.

**LEAVE TO FILE FURTHER MOTIONS**

The United States does not oppose Defendant's request for leave to file further motions, so long as such motions are based on discovery not yet received by Defendant.

V

**CONCLUSION**

For the foregoing reasons, the United States respectfully requests that its motion for reciprocal discovery be granted.

DATED:  March 19, 2008

Respectfully Submitted,

KAREN P. HEWITT
United States Attorney

*/s/ Christina M. McCall*

CHRISTINA M. McCALL
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>              Plaintiff, ) <br>     v. ) <br> JESUS ACEVES-INIESTRA, ) <br>              Defendant. ) | Case No. 08CR0361-LAB <br><br> **CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED that:

I, CHRISTINA M. McCALL, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101.

I am not a party to the above-entitled action. I have caused service of MOTION FOR RECIPROCAL DISCOVERY on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

David Peterson, Esq.
Kris J. Kraus, Esq.
Federal Defenders, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 19, 2008.

                                                      /s/ Christina M. McCall
                                                      CHRISTINA M. McCALL