1  **DAVID M.C. PETERSON**
   California Bar No. 254498
2  **KRIS J. KRAUS**
   California Bar No. 233699
3  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
4  San Diego, California 92101-5008
   Telephone: (619) 234-8467
5  David_Peterson@fd.org

6  Attorneys for Mr. Jesus Aceves-Iniestra

7
8
9               UNITED STATES DISTRICT COURT
10              SOUTHERN DISTRICT OF CALIFORNIA
11                **(HONORABLE LARRY A. BURNS)**

12 | UNITED STATES OF AMERICA, | ) | Case No.: 08CR0361-LAB |
   |---|---|---|
13 | Plaintiff, | ) | Date: MARCH 24, 2008 |
   |  | ) | Time: 2:00 P.M. |
14 | v. | ) |  |
   |  | ) | **DOCUMENTS IN SUPPORT OF** |
15 | JESUS ACEVES-INIESTRA, | ) | **DEFENDANT'S MOTION** |
   |  | ) | **TO DISMISS THE INDICTMENT DUE TO AN** |
16 |  | ) | **INVALID DEPORTATION** |
   | Defendant. | ) |  |
17 |  | ) |  |
   | _____ | ) |  |
18

19 TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
          CHRISTINA M. MCCALL, ASSISTANT UNITED STATES ATTORNEY
20

21     The accused, Jesus Aceves-Iniestra, by and through counsel, David M.C. Peterson, Kris J. Kraus and

22 Federal Defenders of San Diego, Inc., submits the attached documents for the Court's consideration in

23 support of his motion to dismiss scheduled for hearing on March 24, 2008.

24                                           Respectfully submitted,
25
26                                           */s/ David M.C. Peterson*
   DATED: March 20, 2008                    DAVID M.C. PETERSON
27                                           Federal Defenders of San Diego, Inc.
                                             Attorneys for Mr. Aceves-Iniestra
28                                           E-mail: david_peterson@fd.org

                                                                                  08cr0361-LAB

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  March 20, 2008      /s/ DAVID M. PETERSON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
David_Peterson@fd.org (email)