1  **DAVID M.C. PETERSON**
   California Bar No. 254498
2  **KRIS J. KRAUS**
   California Bar No. 233699
3  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
4  San Diego, California 92101-5008
   Telephone: (619) 234-8467
5  Email: david_peterson@fd.org
   Email: kris_kraus@fd.org
6

7  Attorneys for Mr. Jesus Aceves

8                  UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE LARRY A. BURNS)**

11  UNITED STATES OF AMERICA,        )    Case No.: 08CR0361-LAB
                                     )
12              Plaintiff,           )    Date:        March 24, 2008
                                     )    Time:        2:00 p.m.
13  v.                               )
                                     )
14  JESUS ACEVES-INIESTRA,           )
                                     )    **DECLARATION OF SILVERIO ACEVES**
15                                   )
                Defendant.           )
16  _____      )

17          I, Silverio Aceves, hereby declare and state that:

18  1.      Jesus Aceves-Iniestra is my only son.

19  2.      I came to the United States in the 1960s with my father, and have been here ever since.

20  3.      I attended elementary school in Los Angeles, and graduated from Dominguez High School in

21  Compton, California.

22  4.      I became a legal permanent resident in the 1980s, and a citizen 1997.

23  5.      I am married to Yolanda Aceves, and together we have three children: Iris (21), Jesus (19), and

24  Teresa (15).

25  6.      I have four brothers and four sisters, all of whom live in the Los Angeles area.

26  7.      All of them are either United States citizens or legal permanent residents.

27  8.      My father, Gabriel, and mother, Yesenia, both of whom are United States citizens, live with my

28  family in Compton.

9.    It would be impossible for me to relocate to Mexico to help Jesus because my entire family is here.

10.    Jesus has always been an extremely important part of our family, because he is a bedrock of support for Yolanda and he helped me run the family business.

11.    Jesus is extremely close to his sister Iris, whom he also provides with emotional support.

12.    Jesus helped raise and care for Iris' son Juan.

13.    In 2000, while working at the Konica factory, I was involved in an accident and injured my spine.

14.    Since then, I have been on permanent disability and am unable to work.

15.    A number of the discs in my spine are fused together, and doctors have told me that if they operated to fix them, I could become paralyzed.

16.    Since I cannot work, we support ourselves through a stall at a swap meet where we sell shoes and clothes.

17.    I am unable to do the heavy lifting that this work requires.

18.    Before he was incarcerated, Jesus would help us at the swap meet.

19.    Every weekend, Jesus would set up the stall around 7:30 in the morning, and break it down in the late afternoon, because I was unable to.

20.    Jesus would also help sell goods, collect the money, and bring the goods back home.

21.    We earn between $1,500 and $3,000 dollars per month at the swap meet, which is our sole source of income.

22.    I don't think that my family business will survive without Jesus, because my oldest daughter cannot help out since she has three young children to care for.

23.    I have had to pay people daily to help us set up and break down the stall since Jesus has been incarcerated.

24.    I petitioned in 2001 for my entire family to become legal residents of the United States.

25.    I paid the necessary fees for Jesus and my wife, daughter.

26.    At their interview, on March 16, 2001, I remember all three of them being fingerprinted as a part of the application process.

27.    I specifically remember them taking Jesus fingerprints.

2

28.     At the same time, we applied for social security numbers for Yolanda and Iris but not for Jesus because he was too young to work outside the stall.

29.     Iris and Yolanda received their green cards in 2003, but Jesus did not.

30.     In 2003, I went to the INS office in Los Angeles to find out why Jesus had not received his green card, because it was a family package.

31.     The officer I spoke with stated that Jesus' application was complete, and we just had to wait for the card to arrive in the mail.

32.     When Jesus' card did not come, I called the office and was told the same thing: everything was in order, we just had to wait a little longer for Jesus' card to come.

33.     It never came.

34.     It will be extremely hard for me if my son Jesus is not allowed to remain in the United States. \

35.     The physical distance will not be the only reason it will be hard.

36.     Jesus came to the United States when he was four months odl.  Although he has a few distant relatives in Mexico, he doesn't know them or the area.

37.     I believe that there is a ninety-eight percent chance that he will not make it in Mexico, because people will know he is an outsider.

38.     The police will harass Jesus for no reason, just because he is an outsider.

39.     I will live the rest of my life in constant fear because of the strong chance that someone will rob him, or, even worse, kill him.

40.     My daughter and wife share this fear.

41.     It's particularly hard to know since we tried to adjust Jesus' status, and according to INS we did everything right, but they never received his green card.

I so declare this ___ day of March, 2008, in San Diego, California.

_____
SILVERIO ACEVES, Declarant