1  **DAVID M.C. PETERSON**
   California Bar No. 254498
2  **KRIS J. KRAUS**
   California Bar No. 233699
3  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
4  San Diego, California 92101-5008
   Telephone: (619) 234-8467
5  Email: david_peterson@fd.org
   Email: kris_kraus@fd.org
6

7  Attorneys for Mr. Jesus Aceves

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE LARRY A. BURNS)**

11  UNITED STATES OF AMERICA,              )    Case No.: 08CR0361-LAB
                                           )
12            Plaintiff,                   )    Date:        March 24, 2008
                                           )    Time:        2:00 p.m.
13  v.                                     )
                                           )
14  JESUS ACEVES-INIESTRA,                 )
                                           )    **DECLARATION OF YOLANDA ACEVES**
15                                         )
              Defendant.                   )
16  _____    )

17        I, Yolanda Aceves, hereby declare and state that:

18  1.    I am the mother of Jesus Aceves-Iniestra.

19  2.    Jesus is my only son and I love him very much.

20  3.    Since he was a young baby, I have called him by his nickname "Chuy."

21  4.    I would be devastated if Chuy were deported to Mexico.

22  5.    I try not to think about it because it makes me very depressed.

23  6.    Chuy's deportation would be hard for me because he's always been there for me.

24  7.    Since Chuy was a young boy he has been my right hand.

25  8.    Chuy would do chores around the house, and provided me with emotional support.

26  9.    Chuy would always make me feel better when I was having problems with my daughters.

27  10.   Chuy is the only person who can help Silverio and I out with our family business because he is

28  our only son.

    11.   I fear for Chuy's safety if he was deported.

12.    As a native of Mexico, I know that the people there would consider him an outsider and he would never be able to make a life there for himself.

13.    The Mexico people would consider him a gang member, and because of that he could be attacked or killed at any time.

14.    It is unbearable for me to think about this.

15.    All of his family is in the Los Angeles area, including his grandparents Gabriel and ~~Yesenia~~ Teresa YA; his uncles Hector, Gabriel, Jr., and Abel; his aunts Maria, Claudia, Yesenia and Jessica.

16.    It will be hard for us here, without him, because there will always be a hole in our family.

17.    While Chuy has always been important to me, his father and his sisters, he is also very close to his extended family members.

18.    What makes this so difficult is that Chuy did apply to become a lawful permanent resident.

19.    I know that his paperwork was submitted properly, because his sister and I submitted ours and were fingerprinted the same day as Chuy,

20.    Iris and my paperwork came in the mail, but Chuy's did not.

21.    Later, they said they didn't have his fingerprints, but I know they did because I was there when they were taken.

22.    It hurts me so bad to know that because his fingerprints were lost, he is going to be torn away from his entire family.

I so declare this 20th day of March, 2008, in ~~San Diego~~ Compton YA, California.

YOLANDA ACEVES, Declarant