```
 1  DAVID M.C. PETERSON
    California Bar No. 254498
 2  KRIS J. KRAUS
    California Bar No. 233699
 3  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 4  San Diego, California  92101-5008
    Telephone: (619) 234-8467
 5  Email: david_peterson@fd.org
    Email: kris_kraus@fd.org
 6
 7  Attorneys for Mr. Jesus Aceves
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| UNITED STATES OF AMERICA, | ) | Case No.: 08CR0361-LAB |
|---|---|---|
| Plaintiff, | ) | Date:  March 24, 2008 |
| | ) | Time:  2:00 p.m. |
| v. | ) | |
| JESUS ACEVES-INIESTRA, | ) | **DECLARATION OF IRIS I.M. PORTILLO** |
| Defendant. | ) | |

I, Iris I.M. Portillo, hereby declare and state that:

1. I am 21 years old.

2. I am the sister of Jesus Aceves-Iniestra.

3. Jesus and I have always been extremely close.

4. We attended middle school and high school together, and share common friends.

5. Jesus has always done small, kind things for me, such as buying me clothes whenever he had extra money.

6. I have three children: Juan (7), Ashley (2), and Betsy, (11 months).

7. When my son Juan was born in 2001, Jesus was very attentive and caring uncle.

8. For Juan's first four years, Jesus provided childcare, and helped bathe and feed Juan.

9. When Jesus was incarcerated, Juan would visit him with me.

10. Jesus is very important to our family because our father injured himself at work in 2000, and is permanently disabled.

11.  Due to this disability, my father cannot ever lift heavy objects and some days cannot work at all.

12.  My parents support themselves by operating a stall at the local swap meet.

13.  This is their sole source of income, and Jesus' help in running the swap meet is key to the family's financial welfare.

14.  Jesus was just eleven years old when our father injured himself.

15.  To keep the family business running, he would help my parents at the swap meet when he was not in class.

16.  My parents have limited means, and Jesus' help has always been important to supporting the family.

17.  Jesus is also very important to our mother, Yolanda

18.  Jesus is extremely close to my mother and he has always provided help that we daughters could not, because he is her only male child.

19.  For example, when our mother would go out to the store, she would come home and Jesus would have cleaned the house without her even asking.

20.  Jesus was always there for our mother when she was having problems with me and my sister, because she could confide in him, which would get her through the hard times.

21.  When she was stressed he would make her tea.

22.  When Jesus was incarcerated, my mother missed him very much.

23.  All that kept her going was the fact that once he got out, he would come back to us.

24.  She cries almost every day at the thought of Jesus being deported to a place that he knows nothing about, and where he faces constant physical danger.

25.  I remember applying for my green card and having my fingerprints taken at the same time as Jesus.

26.  I became a lawful permanent resident in 2003, as did my mother, but Jesus' green card never came.

27.  I will be going to take the test to become a United States citizen in May 2008.

28.  I live in Downey, California, which is about twenty minutes away from my parents' house.

29.  I am busy raising my children and therefore unable to help my parents in the family business at

1 | the swap meet.
2 | 30. It is hard for me to imagine Jesus not being allowed in the United Sttes, because he is so
3 | important to me, my son, and my parents.
4 | 31. I know he will not make it in Mexico, and I fear that he will be robbed, or possibly killed.
5 | 32. I know my parents feel this way too, and I do not know how they will manage if he is not allowed
6 | back into the United States.

I so declare this 20th day of March, 2008, in San Diego, California.

*[signature]*
IRIS ~~ACEVES~~ I.M. PORTILLO, Declarant

3