
KAREN P. HEWITT
United States Attorney
CHRISTINA M. McCALL
Assistant U.S. Attorney
California State Bar No. 234139
United States Federal Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6760
Facsimile: (619) 235-2757

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0361-LAB |
|---|---|---|
| Plaintiff, | ) | DATE: April 12, 2008 |
| | ) | TIME: 2:00 p.m. |
| v. | ) | |
| JESUS ACEVES-INIESTRA | ) | MOTION FOR RECONSIDERATION OF ORDER TO COMPEL PRODUCTION OF GRAND JURY TRANSCRIPTS |
| Defendant. | ) | |

Plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Christina M. McCall, Assistant United States Attorney, hereby moves this Court to reconsider the order to compel grand jury transcripts in this matter and deny Defendant's motion. This request is supported by the attached statement of facts and memorandum of points and authorities.

DATED: March 28, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

*/s/ Christina McCall*

CHRISTINA M. MCCALL
Assistant U.S. Attorney

08CR0361-LAB