# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>   vs.<br><br>JESUS ACEVES-INIESTRA,<br><br>                 Defendant. | CASE NO. 08cr0361-LAB<br><br>**ORDER COMPELLING GRAND JURY TRANSCRIPT** |

The Court has reviewed the Grand Jury Transcript of Proceedings in this case, consisting of five pages in addition, the Government submitted a three-page I-213 Report, a second three-page I-213B form, and a five-page Rap Sheet.  In consideration of the proffer of evidence and identification of the theory of defense provided by counsel for the defendant at the motion hearing, the Court finds the defendant has shown particularized need for production of the Grand Jury Transcript of Proceedings in this case.

Accordingly, the Government shall produce to the Defendant the February 13, 2008 Grand Jury Transcript of Proceedings *no later than April 21, 2007*.

**IT IS SO ORDERED**.

DATED:  April 18, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

08CR0361