KAREN P. HEWITT
United States Attorney
CHRISTINA M. McCALL
Assistant U.S. Attorney
California State Bar No. 234139
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6760
Facsimile: (619) 235-2757

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0361-LAB |
| Plaintiff, ) | DATE: April 21, 2008 |
| ) | TIME: 4:00 p.m. |
| v. ) | |
| ) | **UNITED STATES' MOTION** |
| ) | **TO DISMISS INDICTMENT** |
| JESUS ACEVES-INIESTRA, ) | |
| Defendant. ) | |

COMES NOW, the Plaintiff, the UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Christina M. McCall, Assistant United States Attorney, respectfully requests, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, leave of the Court to dismiss, without prejudice, the Indictment in the above-captioned case against Defendant JESUS ACEVES-INIESTRA.

DATED: April 21, 2008.

                                          KAREN P. HEWITT
                                          United States Attorney

                                          /s/Christina M. McCall
                                          CHRISTINA M. McCALL
                                          Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0361-LAB |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **DISMISSAL** |
| JESUS ACEVES-INIESTRA, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and with leave of the Court as endorsed hereon, the United States Attorney for the Southern District of California hereby dismisses, without prejudice, the Indictment in the above-captioned case against Defendant JESUS ACEVES-INIESTRA.

DATED: April 21, 2008.

KAREN P. HEWITT
United States Attorney

/s/Christina M. McCall
CHRISTINA M. McCALL
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 08CR0361-LAB |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| JESUS ACEVES-INIESTRA, | ) | |
| Defendant. | ) | |

I, CHRISTINA M. McCALL, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. **David Peterson**
   **Federal Defenders of San Diego, Inc.**
   **David_Peterson@fd.org**

2. **Kris Kraus**
   **Federal Defenders of San Diego, Inc.**
   **Kris_Kraus@fd.org**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 21, 2008.

s/Christina M. McCall
CHRISTINA M. McCALL