# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>JESUS ACEVES-INIESTRA,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 08CR0361-LAB<br><br>**ORDER DISMISSING INDICTMENT** |

　　　Leave of the Court for the filing of the dismissal without prejudice is GRANTED pursuant to Rule 48(a).

　　　IT IS HEREBY ORDERED that Defendant JESUS ACEVES-INIESTRA be remanded to the custody of the Immigration and Naturalization Service.

　　　IT IS FURTHER ORDERED that the trial date of May 20, 2008 is hereby vacated.

**IT IS SO ORDERED**.

DATED: April 30, 2008

　　　　　　　　　　　　　　　　_/s/ Larry A. Burns_

　　　　　　　　　　　　　　　　**HONORABLE LARRY ALAN BURNS**
　　　　　　　　　　　　　　　　United States District Judge