# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs )
)
Jesus Aceves-Iniestra )
)

CASE NUMBER 08CR361-LAB

ABSTRACT OF ORDER

Booking No. 06987298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 4/30/08 the Court entered the following order:

✓ Defendant be released from custody.

___ Defendant placed on supervised / unsupervised probation / supervised release.

___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

___ Defendant released on $_____ bond posted.

___ Defendant appeared in Court. FINGERPRINT & RELEASE.

___ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

___ Defendant sentenced to TIME SERVED, supervised release for _____ years.

___ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

___ Bench Warrant Recalled.

___ Defendant forfeited collateral.

✓ Case Dismissed.

___ Defendant to be released to Pretrial Services for electronic monitoring.

___ Other. _____

Larry A. Burns
UNITED STATES MAGISTRATE JUDGE
DISTRICT
OR

W. SAMUEL HAMRICK, JR., Clerk
by
Deputy Clerk
T. WASHAW

Received _____
DUSM

Crim-9 (Rev 6-95)   ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY